UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR DAVYDOV,<br><br>                          Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>                          Defendant. | Case No.: 3:25-cv-0970-RSH-SBC<br><br>**ORDER DISMISSING CASE** |

On August 15, 2025, the Court granted Plaintiff's motion to proceed *in forma pauperis* and dismissed his Complaint with leave to amend. ECF No. 6. The Court set a deadline for Plaintiff to file an Amended Complaint to no later than October 14, 2025. *Id*. at 10–11. The Court advised Plaintiff that failure to comply with this deadline would result in the dismissal of his action. *Id*.

To date, Plaintiff has neither filed a First Amended Complaint or otherwise responded to the Court's Order. *See* Docket. For the reasons above, the Court **DISMISSES** this action without prejudice. *See Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005) ("If a plaintiff does not take advantage of the opportunity to fix his complaint, a district court

may convert the dismissal of the complaint into dismissal of the entire action."). The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: October 16, 2025

_____
Hon. Robert S. Huie
United States District Judge